**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jzavela-Arethea Kay-Diu Dougherty-Williams v. Michael Steven Dougherty

Appellate case number:     01-13-01087-CV

Trial court case number:     2013-02545

Trial court:     257th District Court of Harris County

Date motion filed:     July 7, 2014

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                              ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Brown

Date: October 9, 2014